AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
            COUNSEL/PARTIES OF RECORD

            AUG 2 1 2020

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:20-mj-736-VCF |
| | ) | |
| DUKE LEE FLEMINGS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Cam Ferenbach , U.S. Magistrate Judge | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | August 25, 2020 at 1:30pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 21, 2020

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
*Printed name and title*